NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JAMES R. RUDISILL,**
*Claimant-Appellee*

**v.**

**DENIS MCDONOUGH, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellant*

---

2020-1637

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 16-4134, Senior Judge Mary J. Schoelen, Chief Judge Margaret C. Bartley, Judge Michael P. Allen.

---

## SUA SPONTE

---

Before MOORE, *Chief Judge*, LOURIE, DYK, PROST, REYNA, TARANTO, CHEN, HUGHES, STOLL, CUNNINGHAM, and STARK, *Circuit Judges*.[1]

---

[1]    Circuit Judge Newman did not participate.

## O R D E R

Upon consideration of the judgment and mandate of the Supreme Court of the United States in *James R. Rudisill v. Denis R. McDonough*, No. 22-888, reversing and remanding to this court for further proceedings consistent with the opinion of the Supreme Court,

IT IS ORDERED THAT:

(1)  The mandate of this court issued on February 6, 2023, is recalled, the appeal is reinstated, and this court's December 15, 2022, opinion and judgment in Case No. 20-1637 are vacated.

(2)  The case is remanded to the Court of Appeals for Veterans Claims to award relief to Mr. Rudisill in accordance with the Supreme Court's judgment.  The mandate shall issue 14 days from the date of this order.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

June 4, 2024
Date